THE PEOPLE ex rel. ALFRED SMITH, Relator-Appellant, v. CLARENCE RICHARD ENGLISH, Warden, Cook County Jail, Respondent-Appellee.

(No. 58540;

First District (4th Division)—February 6, 1974.

Opinion by Mr. PRESIDING JUSTICE ADESKO.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for appellee.